UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-21184-RNS

DAVID BETANCOURT,

    Plaintiff,

v.

BUGGY TECHNOLOGIES INC.,
a Florida Profit Corporation, and
ISABEL BERNEY, individually,

    Defendants.
_____/

**SWORN DECLARATION OF PLAINTIFF, DAVID BETANCOURT,
IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT**

THE UNDERSIGNED hereby makes this sworn declaration pursuant to 28 U.S.C. § 1746, and under penalty of perjury, states as follows:

1. My name is David Betancourt; I am over the age of 18 years and competent to testify to the matters contained within this sworn declaration.

2. I am the Plaintiff in the instant case and have personal knowledge as to the non-payment of my wages by Defendants, Buggy Technologies Inc. and Isabel Berney (collectively "Defendants").

3. I was employed by Defendants as a full-time driver from on or about August 22, 2022, until on or about December 9, 2022.

4. While working for Defendants, my primary job duties consisted of driving a company van to transport children to and from school within Miami-Dade County, and to run various errands for Defendants' benefit.

5. Throughout my employment with Defendants, I regularly worked up to 65 hours per workweek. The time that I worked for Defendants was monitored through the company's application installed on my cellphone.

6. From August 22 through September 30, 2022, Defendants compensated me at a rate of $700.00 per workweek. From October 1 through November 20, 2022, Defendants compensated me at a rate of $600.00 per workweek.

7. Defendants did not compensate me whatsoever for the work that I performed for their benefit between November 21 and December 9, 2022. I estimate that Defendants owe me approximately **$2,145.00** in unpaid minimum wages during this time.

8. From October 1, 2022 through November 20, 2022, Defendants failed to compensate me at a rate of at least the applicable minimum wage of $11.00 per hour. I estimate that Defendants owe me approximately **$805.00** in unpaid minimum wages during this time.

9. Throughout my employment, Defendants did not compensate me at a rate of at least one and one-half times my regular rate of pay for any of the hours that I worked over 40 per workweek. Accordingly, I estimate that Defendants owe me approximately **$2,182.00** in unpaid overtime wages.

10. In total, I estimate that Defendants owe me approximately $**5,132.00** ($2,145.00 + $805.00 + $2,182.00) in unpaid minimum and overtime wages.

**FURTHER DECLARANT SAYETH NAUGHT**

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

Under penalty of perjury, I, David Betancourt, declare that I have read the foregoing and that the facts contained herein are true and correct.

Executed on 07/08/2023.

*David Betancourt*
DAVID BETANCOURT