**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-21184-RNS

DAVID BETANCOURT,

    Plaintiff,

v.

BUGGY TECHNOLOGIES INC.,
a Florida Profit Corporation, and
ISABEL BERNEY, individually,

    Defendants.

_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court pursuant to Plaintiff's Motion for Default Final Judgment (ECF No. 15) filed on July 10, 2023. Plaintiff relies upon the record of this case and a sworn declaration of Plaintiff. Defendants, BUGGY TECHNOLOGIES INC., a Florida Profit Corporation, and ISABEL BERNEY, individually, failed to plead or otherwise defend in this action, resulting in a Clerk's Default being entered against Defendants pursuant to Fed. R. Civ. P. Rule 55(a) (ECF No. 10). For the foregoing reasons, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Default Final Judgment is GRANTED. Default Final Judgment will be entered by separate order. The Court retains jurisdiction to address Plaintiff's Motion for Attorneys' Fees and Costs.

    DONE AND ORDERED in _____, Florida this ____ day of _____, 2023.

 

                                                        _____
                                                        ROBERT N. SCOLA JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
BUGGY TECHNOLOGIES INC., 64 SW 18th Road, Miami, Florida 33130
ISABEL BERNEY, 64 SW 18th Road, Miami, Florida 33130