UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-21184-RNS

DAVID BETANCOURT,

    Plaintiff,

v.

BUGGY TECHNOLOGIES INC.,
a Florida Profit Corporation, and
ISABEL BERNEY, individually,

    Defendants.

_____/

**[PROPOSED] DEFAULT FINAL JUDGMENT**

THIS CAUSE comes before the Court on Plaintiff's Motion for Default Final Judgment (ECF No. 15) filed on July 10, 2023.  Pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, it is ORDERED AND ADJUDGED as follows:

1. Default Judgment is hereby ENTERED in favor of Plaintiff, DAVID BETANCOURT, and against Defendants, BUGGY TECHNOLOGIES INC. and ISABEL BERNEY.

2. Plaintiff, DAVID BETANCOURT, shall recover from Defendants the total sum of $10,264.00 for unpaid minimum and overtime wages with liquidated damages, plus attorneys' fees and costs to be determined by the Court after the entry of this judgment.

3. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 until this judgment is satisfied.

4. All pending motions are DENIED AS MOOT.

5. The Clerk is directed to CLOSE this case.

DONE AND ORDERED in _____, Florida this ____ day of _____, 2023.

ROBERT N. SCOLA JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

BUGGY TECHNOLOGIES INC.
c/o Isabel Berney, Registered Agent
64 SW 18th Road
Miami, Florida 33130

ISABEL BERNEY
64 SW 18th Road
Miami, Florida 33130