United States District Court
for the
Southern District of Florida

| | |
|---|---|
| David Betancourt, Plaintiff,<br><br>v.<br><br>Buggy Technologies Inc and Isabel Berney, Defendants. | )<br>)<br>)<br>) Civil Action No. 23-21184-Civ-Scola<br>)<br>)<br>) |

### Order Adopting Magistrate Judge's Report and Recommendations

Previously, the Court referred Plaintiff Worldwide Distributors, Inc.'s motion for default judgment (Pl.'s Mot., ECF No. 15) to United States Magistrate Judge Jonathan Goodman for a report and recommendations. (Court's Ref., ECF No. 16.) Thereafter, Judge Goodman issued a report, recommending that the Court deny the motion without prejudice. (Rep. & Rec., ECF No. 18.) No objections have been filed and the time to do so has passed.

Despite the lack of objections, the Court has nonetheless made a de novo review of Judge Goodman's recommendations. After careful consideration of his report, the record, and the relevant legal authorities, the Court agrees with the entirety of Judge Goodman's findings and conclusions: although Betancourt says enterprise coverage applies to his Fair Labor Standards Act case, his complaint fails to allege the required connections between the Defendants' business and Betancourt's work for the Defendants, on the one hand, and interstate commerce, on the other. (Rep. at 8, 9.) The Court therefore **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 18**), thus **denying** the motion for default judgment **without prejudice** (**ECF No. 15**).

Accordingly, the Court **dismisses** Betancourt's complaint, **without prejudice**, for the reasons set forth in Judge Goodman's report, and orders Betancourt to file an amended complaint, on or before **February 9, 2024**, if he believes he can, in good faith, allege facts curing the pleading deficiencies identified by Judge Goodman. If Betancourt fails to adequately allege the necessary facts, the Court will dismiss his case.

The Court directs the Clerk to **mail** a copy of this order to the Defendants at the addresses indicated below.

Since there is currently no viable pleading before the Court, the Clerk is directed to administratively **close** this case. If Betancourt files a complaint,

compliant with Judge Goodman's orders, the Court will reopen this case.

**Done and ordered** in Miami, Florida, on January 29, 2024.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies via U.S. mail to:*
**Buggy Technologies Inc.**
c/o Isabel Berney, registered agent
64 SW 18 RD
Miami, FL 33130

**Isabel Berney**
64 SW 18 RD
Miami, FL 33130