United States District Court
for the
Southern District of Florida

| | |
|---|---|
| David Betancourt, Plaintiff, ) <br> ) <br> v.                                                  ) <br> ) <br> Buggy Technologies Inc and Isabel ) <br> Berney, Defendants.                 ) | Civil Action No. 23-21184-Civ-Scola |

### Order Reopening Case

      Previously, the Court referred Plaintiff David Betancourt's motion for default judgment (Pl.'s Mot., ECF No. 15) to United States Magistrate Judge Jonathan Goodman for a report and recommendations. (Court's Ref., ECF No. 16.) Thereafter, Judge Goodman issued a report, recommending that the Court deny the motion without prejudice. (Rep. & Rec., ECF No. 18.) The Court adopted the report, thus denying Betancourt's motion, without prejudice, and dismissing his complaint, also without prejudice. (ECF No. 19.) Betancourt timely filed an amended complaint (ECF No. 21) as directed to by the Court and has also filed a memorandum explaining why the amended complaint need not be served on Defendants Buggy Technologies Inc and Isabel Berney (ECF No. 25). Because the Court agrees with Betancourt, the Clerk is directed to **reopen** this case.

      Federal Rule of Civil Procedure 5(a)(2) provides an exception to the general rule that an amended pleading must served on defendants. That is, where the defendants are in default for failing to appear and there are no new claims for relief, service is not required. Fed. R. Civ. P. 5(a)(2). Because the Defendants here are in default for failing to previously appear and because the complaint does not include any new claims for relief against the Defendants (merely clarifying the allegations set forth initially), service is not required.

      Accordingly, the Court directs the Clerk to **reopen** this case and place it on the Court's active calendar.

      **Done and ordered** in Miami, Florida, on March 5, 2024.

                                                            _____
                                                            Robert N. Scola, Jr.
                                                            United States District Judge

*Copies via U.S. mail to:*
**Buggy Technologies Inc.**

c/o Isabel Berney, registered agent
64 SW 18 RD
Miami, FL 33130

**Isabel Berney**
64 SW 18 RD
Miami, FL 33130